UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JANE DOE,<br>        Plaintiff,<br>      v.<br>DAVID KUO HUEI LEE,<br>        Defendant. | Case No. 3:13-cv-04029-LB<br><br>**ORDER TO SHOW CAUSE**<br><br>[Re: ECF No. 76] |

On August 13, 2015, the court held a hearing on the plaintiff's motion to enforce a settlement agreement. (8/13/2015 Minute Order, ECF No. 76; *see* Motion, ECF No. 69.) The motion, which was served on the defendant by email and overnight mail, noticed the hearing for that date. Although the defendant filed an opposition to the motion (which included the date and time of the hearing in the caption), neither the defendant nor his counsel appeared at the hearing. (8/13/2015 Minute Order, ECF No. 76; *see* Opposition, ECF No. 70.)

In light of these circumstances, the court orders the defendant to show cause why he should not be sanctioned for his failure to appear. The court sets a show-cause hearing for 11:00 a.m. on August 20, 2015 in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California 94102. The court orders the defendant's counsel to appear at the show-cause hearing in person. The plaintiff's counsel may appear at the show-cause hearing by telephone through CourtCall, although the court stated at the August 13, 2015 hearing that

ORDER (No. 3:13-cv-04029-LB)

1  appearing in person may be more helpful. The court also orders the parties to meet and confer by
2  Monday, August 17, 2015 and to submit a status update by 5:00 p.m. Pacific time on Tuesday,
3  August 18, 2015. If the parties notify the court before then that they have agreed to settle this
4  matter, the show-cause hearing will be vacated.

5  **IT IS SO ORDERED.**

6  Dated: August 13, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:13-cv-04029-LB)

2